CAUSE NO. 14-15-00825-CV

FILED IN 1ST COURT OF APPEALS HOUSTON, TEXAS OCT 16 2015 CHRISTOPHER A. PRINE CLERK

FILED IN 14th COURT OF APPEALS HOUSTON, TEXAS OCT 16 2015 CHRISTOPHER A. PRINE CLERK

GERALD LEE RICKS, §     IN THE FOURTEENTH
    Appellant
                 §
vs.                       COURT OF APPEALS
                 §
SUZANNE S. RADCLIFFE
    Appellee          §      HOUSTON, TEXAS

## APPELLANT'S MOTION REQUESTING AN EXTENSION OF TIME TO FILE BRIEF

Appellant, Gerald Lee Ricks, asks the Court to extend the time to file his appellant's brief.

MAILED 10/14/15

### INTRODUCTION

1. Appellant is Gerald Lee Ricks; appellee is Suzanne Schwab Radcliffe.

2. There is no specific deadline to file this motion to extend the time. See Tex.R.App.P. 38.6(d).

3. The Court has authority under Texas Rules of Appellate Procedure 38.6(d) to extend the time to file a brief.

4. Appellant's brief was/is due on November 2, 2015.

5. Appellant requests an additional 90 (ninety) days to file his brief extending the time to file until February 2, 2016.

6. No extension has been requested or granted to file Appellant's brief.

7. Appellant needs additional time to file his brief because on October 13, 2015, the McConnell Unit of the Texas Department of Criminal Justice, where appellant is incarcerated, went on institutional lockdown status.

1

8. During institutional lockdowns, inmates are confined to their living areas 24 (twenty-four) hours a day. Inmates are not allowed to physically visit the Unit Law Library.

9. Pursuant to Texas Department of Criminal Justice Inmate Orientation Handbook, during lockdowns "They [inmates] shall be allowed to request and receive up to three items of legal research materials per day, delivered on three alternating days per week, such as M-W-F, from the unit's law library for in-cell use." Id. at pg. 124.

10. However, during lockdowns, inmates are not permitted to request legal visits with other inmates.

11. Appellant attaches an affidavit to this motion to establish facts not apparent from the record and not included in the appellate record, and are not known to the Court in its official capacity.

## Arguments & Authorities

12. The law is clear that when a party requests an extension of time before the deadline Texas Rules of Civil Procedure 5 permits the court to grant an extension of time for "cause shown," with or without a motion or notice. The party is not required to show "good cause," a higher burden, if the party files the motion before the filing deadline. See TRCP 5.

13. However, when the party asks for additional time after the deadline, TRCP 5 requires the party to file a motion and show good cause for not acting before the deadline. See Remington Arms Co. v. Canales, 837 S.W.2d 624, 625.

14. Lastly, "[A] reasonable explanation is 'any plausible statement of circumstances indicating that the failure to file within the [specified] period was not deliberate or intentional, but was the result of inadvertence, mistake or mischance.'" Ibid. Calce v. Dorado Expl., Inc. 309 S.W.3d 719, 730 (Tex.App.- Dallas 2010, no pet.)(proper focus on "reasonable explanation" cases is on lack of deliberate or intentional failure to comply).

15. In the present case, the current institutional lockdown severely handicaps appellant's ability to file his appellant's brief because he is totally unlearned in matters of law and throughout this process has been assisted by another inmate. The adminiatrative lockdown pervents appellant from having legal visits with the inmate assisting him; as well as prevents appellant from visiting the law library. Appellant has no earthly idea what "legal research materials" to even request from the law library during this period of lockdown.

## CONCLUSION

Appellant does not file this motion requesting an extension of time to delay, annoy, or harass. This motion is filed in good faith and to allow appellant the time he desperately needs to seek the assistance so that a proper brief of errors can be drafted and submitted to this Court. Appellant honestly believes in the merits of this case and asks the Court to grant this one and only extension.

3

## PRAYER

16. WHEREFORE, PREMISES, ARGUMENTS AND AUTHORITIES CONSIDERED, Appellant prays this Honorable Court will grant him an extension of time until February 2, 2016, to file his Appellant's Brief.

Mr. Gerald Lee Ricks
Appellant Pro Se
c/o ML 048 - (#1049115)
3001 South Emily Drive
Beeville, Texas 78102

## CERTIFICATE OF SERVICE

I, Gerald Lee Ricks, certify and verify a true and correct copy of the foregoing motion for extension of time has been served on counsel for appellee at: Mr. Kenneth D. McConnico, 830 Apollo, Houston, Texas 77058, by placing same in the U.S. mail, postage pre paid. Executed on this the 13th day of October 2015.

Mr. Gerald Lee Ricks
Appellant Pro Se

Mr. Gerald Lee Ricks
c/o ML 048 - (#1049115)
3001 South Emily Drive
Beeville, Texas          78102

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

OCT 16 2015

CHRISTOPHER A. PRINE
CLERK ——————

ATTENTION: LEGAL MAIL

SAN ANTONIO TX 780
RIO GRANDE DISTRICT
14 OCT 2015 PM 3 L

Hon. Christopher A. Prine
Clerk of the Court
301 Fannin, Room 208
Houston, Texas

77002-2066

7700220627C